UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

===============================================

INTERNATIONAL UNION OF
BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL NO. 3, et al.,

                         Plaintiffs,

                                                              DECISION AND ORDER
             v.                                               14-CV-267A

MARK PEPE and
ALPHA MASONRY CONSTRUCTION CO., INC.,

                         Defendants.

===============================================

        The above-referenced case was referred to Magistrate Judge Hugh B.

Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On August 13, 2014, Magistrate Judge

Scott filed a Report and Recommendation, recommending that the plaintiffs' motion for

judgment on the pleadings (Dkt. No. 8) be granted.  It is further recommended that a

default judgment be entered in the amount of $203,890.06 for damages and

$12,940.18 for attorney fees, for a total of $216,830.24.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Scott's Report and Recommendation, the plaintiffs' motion

for judgment on the pleadings (Dkt. No. 8) is granted, and a default judgment shall be

entered against the defendants in the amount of $216,830.24, $203,890.06 of which is

for damages, and $12,940.18 for attorney fees.

The Clerk of Court shall take all steps necessary to close the case.


IT IS SO ORDERED.


_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   October 6, 2014